PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Sohail Chaudhry                           Cr.: 20-00215-001
                                                            PACTS #: 2328293

Name of Sentencing Judicial Officer:   THE HONORABLE RICHARD M. BERMAN
                                       UNIITED STATES DISTRICT JUDGE (SD/NY)

Name of Assignment Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/22/2019

Original Offense:   Conspiracy to Commit Wire and Mail Fraud, 18 U.S.C. § 1349
                    Mail Fraud, 18 U.S.C. § 1341 and 18 U.S.C. § 2
                    Wire Fraud, 18 U.S.C. § 1343 and 18 U.S.C. § 2

Original Sentence: Time Served, 3 years supervised release

Special Conditions: Comply with Immigration and Customs Enforcement Instructions and $88,400 in restitution

Type of Supervision: Supervised Release                  Date Supervision Commenced: 01/22/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    Failed to satisfy restitution.

U.S. Probation Officer Action:

Throughout his term of supervised release, Chaudhry has paid $4,025 towards his restitution. The person under supervision's supervision is due to expire on January 21, 2022, with an outstanding restitution balance of $84,415. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
Sohail Chaudhry

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By: ELISA MARTINEZ
Supervising U.S. Probation Officer

/ kam

Prepared By:

*Kelly A. Maciel*          10/27/2021
KELLY A. MACIEL           Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Allow Supervision to Expire as Scheduled on January 21, 2022 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

10/28/21
_____
Date